IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jack Sculfort, etc.,                                            Case No. 3:12CV2209

          Plaintiff(s)

        v.                                                 **CASE MANAGEMENT ORDER**

Chrysler Group LLC et al.,

          Defendant(s)

Case management conference was held on December 18, 2012.

Track designation: complex.

It is also

ORDERED THAT:

1. Leave is granted to plaintiff to file opposition to motion to transfer to the Southern District of New York bankruptcy court on or before January 21, 2013; reply due February 15, 2013;

2. Further scheduling is held in abeyance pending adjudication of pending motion to transfer.

So ordered.

                                                          /s/ James G. Carr
                                                          Sr. United States District Judge